UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XAVIER DUPERVIL,<br><br>                              Plaintiff,<br><br>            -v-<br><br>EXPERIAN INFORMATION SOLUTIONS and EQUIFAX INFORMATION SERVICES LLC,<br>                              Defendants. | 24-CV-7747 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

      The Court has been informed that Plaintiff and Defendant Equifax Information Services LLC ("Equifax") have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that all claims as to Defendant Equifax are dismissed with prejudice, subject to restoring them on application by the parties, provided the application to restore them is made within thirty days.

      All filing deadlines and conference dates pertaining to Equifax are adjourned *sine die*. The Court retains jurisdiction for any matters related to completing and/or enforcing the settlement.

      SO ORDERED.

Dated: November 15, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge